UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

RODNEY BRANHAM,

        Petitioner,

Case No. 2:03-CV-222

v.

Hon. Richard Alan Enslen

PATRICIA CARUSO,

**FINAL ORDER**

        Respondent.
_____/

In accordance with the Opinion of this date;

**IT IS HEREBY ORDERED** that Petitioner Rodney Branham's Objections (Dkt. No. 96) are **DENIED**, the Report and Recommendation of November 28, 2005 (Dkt. No. 94) is **ADOPTED as supplemented herein**, and this Petition (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to all grounds asserted by Petitioner.

        /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
    January 6, 2006        SENIOR UNITED STATES DISTRICT JUDGE